

**The relief described hereinbelow is SO ORDERED.**

**Signed August 21, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO

In Re:  Chapter 13
LETICIA MARTINEZ

Case No. 20-60251-RBK

Debtor(s)

### ORDER CONFIRMING THE DEBTOR PLAN
LETICIA MARTINEZ Not Entitled to §1328 Discharge

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Further the Debtor represents that the Debtor's plan or amended plan, filed on July 08, 2020 and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 Plan is confirmed;

(2) Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

(3) Notwithstanding any provisions of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

(4) Miscellaneous Provisions (if Applicable)

Came to be heard 8/19/2020 the Trustee's Objection to Confirmation of the Plan at which Ray Hendren, Trustee, and Evan Simpson, counsel for the Debtor, appeared and were heard. The Court found that the Plan should be confirmed under the conditions the Debtor sets up separate bank accounts for adult children that are currently running transactions through Debtor's personal account. Debtor shall have 14 days from the date of this hearing to amend the Schedules to add the Dodge Charger and creditor holding the lien being driven and paid for by Debtor's adult child. Treatment of this creditor is to be paid outside the Chapter 13 Plan.

      The priority claim of the Internal Revenue Service in the amount of $13,396.47 shall be paid along with the class of secured claims.

Debtor shall submit duplicate copies of executed annual tax returns to the Chapter 13 Trustee within (30) days of filing with the Internal Revenue Service annually until the plan is completed. The Trustee reserves the right to review and pursue increases in disposable income.

The Clerk is directed to serve a copy of this order upon the Debtor, counsel for the Debtor, the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

**IT IS SO ORDERED.**

Confirmation Recommended by

/s/ Ray Hendren
Ray Hendren Ch13 Trustee
4505 Spicewood Springs Rd
Suite 205
Austin , TX 78759

                                                                             ###