**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 10, 2021.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Leticia Ann Martinez | § | CASE NO. 20-60251 |
| | § | CHAPTER 13 |
| Debtor | § | |

### ORDER APPROVING POST-CONFIRMATION MODIFICATION
### OF CHAPTER 13 PLAN

Upon the Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, with the Court being fully advised, proper notice having been given to all parties-in-interest and no timely objections having been filed, it is:

ORDERED that the Debtor's Chapter 13 Plan of Reorganization (the "Plan") is modified as follows:

1. Proof of claim #9 filed by Drive Casa LLC shall be allowed as a fully secured claim in the amount of $15,656.14 and paid in full through the Plan with 6.5% interest.

2. The length of the Plan shall remain 60 months.

3. The Plan payments shall be modified to $280.00 in months 1-3; $545.00 in 4-19; and $1,045.00 in 20-60.

4. The base amount of the Plan shall be $52,405.00.

###

Law Office of Evan Simpson PLLC

3925 A S. Jack Kultgen Fwy.
Waco, TX 76706
Phone: (254) 399-9977
Fax: (254) 399-9909
Email: Evan@hotxlaw.com