**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 30, 2022.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Leticia Ann Martinez | § | CASE NO. 20-60251 |
| | § | |
| Debtor | § | CHAPTER 13 |

**ORDER ON MOTION FOR ADDITIONAL ATTORNEY'S FEES**

Upon the Debtor's Motion for Additional Attorney's Fees, with the Court being fully advised, proper notice having been given to all parties in interest and no timely objections having been filed, it is:

ORDERED that the Motion for Additional Attorney's Fees is approved. The Trustee shall disburse to Debtor's attorney additional fees of $450.00. There shall be no change in the amount, classification or treatment of any claims as previously allowed.

###

Law Office of Evan Simpson PLLC
3925 A S. Jack Kultgen Fwy.
Waco, TX 76706
Phone: (254) 399-9977
Fax: (254) 399-9909
Email: Evan@hotxlaw.com