UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IN RE:<br>LETICIA MARTINEZ<br><br><br>**DEBTOR** | CASE NO: 20-60251-MMP<br><br>CHAPTER 13 |

TRUSTEE'S MOTION TO DISMISS AND
NOTICE OF OPPORTUNITY FOR HEARING

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

**If you file a timely response, a hearing will be held on the Motion on the 21st day of September, 2022 at 9:00 A.M. At Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave, Suite 160, Waco, Tx 76701.**

      The Trustee in this case states that the Debtor is in material default in the amount of $2,754.34 as of August 10, 2022. Please note that the default figure noted above may include the current month's plan payment. This case has not been previously converted from another Chapter of Title 11.

      A copy of the Trustee's report dated August 10, 2022 is attached (report will not be attached if no payments have been received.) This report discloses that the Debtor is in material default on the payments all without demonstrated justification. Wherefore, the Trustee moves that the subject case be dismissed and for such other and further relief to which he may be entitled.

Dated: August 10, 2022                            Respectfully Submitted

                                                          /s/Ray Hendren
                                                          Ray Hendren, Chapter 13 Trustee
                                                          4505 Spicewood Springs Rd
                                                          Suite 205
                                                          Austin, Tx 78759
                                                          Main: (512)474-6309
                                                          Fax: (512)482-8424

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: CHAPTER 13

LETICIA MARTINEZ

DEBTOR(S)  CASE NO.: 20-60251

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

| Date | Reference | Amount |
|---|---|---|
| 05/28/2020 | 000019027967181 | $400.00 |
| 07/07/2020 | 000000000021860 | $485.00 |
| 08/18/2020 | 000000000021878 | $272.50 |
| 09/15/2020 | 000000000021889 | $503.08 |
| 10/14/2020 | 000000000021903 | $503.08 |
| 11/17/2020 | 000000000021918 | $754.62 |
| 12/15/2020 | 000000000021928 | $503.08 |
| 01/20/2021 | 000000000021998 | $503.08 |
| 02/23/2021 | 000000000022014 | $503.08 |
| 03/16/2021 | 000000000022030 | $503.08 |
| 05/10/2021 | 000000000022047 | $503.08 |
| 05/10/2021 | 000000000022046 | $503.08 |
| 05/18/2021 | 000000000022052 | $251.54 |
| 06/01/2021 | 000000000022054 | $251.54 |
| 06/21/2021 | 000000000022058 | $251.54 |
| 06/29/2021 | 000000000022059 | $251.54 |
| 08/16/2021 | 000000000022062 | $251.54 |
| 08/16/2021 | 000000000022061 | $251.54 |
| 08/16/2021 | 000000000022063 | $251.54 |
| 09/08/2021 | 000000000003186 | $251.54 |
| 09/08/2021 | 000000000003185 | $251.54 |
| 10/05/2021 | 000000000003187 | $251.54 |
| 10/05/2021 | 000000000003188 | $251.54 |
| 11/15/2021 | 000000000003189 | $251.54 |
| 11/15/2021 | 000000000003190 | $251.54 |
| 11/15/2021 | 000000000003192 | $251.54 |
| 12/14/2021 | 000000000003193 | $482.31 |
| 12/14/2021 | 000000000003194 | $482.31 |
| 12/21/2021 | 000000000003196 | $482.31 |
| 01/18/2022 | 000000000003198 | $482.31 |
| 01/19/2022 | 000000000003199 | $482.31 |
| 02/18/2022 | 000000000003200 | $482.31 |
| 02/18/2022 | 000000000003202 | $482.31 |
| 03/21/2022 | 000000000003204 | $482.31 |
| 03/29/2022 | 000000000003205 | $964.62 |
| 05/03/2022 | 000000000003207 | $482.31 |
| 05/03/2022 | 000000000003206 | $482.31 |

| Date | Reference | Amount |
|---|---|---|
| 05/16/2022 | 000000000003208 | $482.31 |
| 06/01/2022 | 000000000003209 | $482.31 |
| | | $16,210.66 |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on August 10, 2022. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

/s/Ray Hendren
Ray Hendren, Chapter 13 Trustee
August 10, 2022

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:

                                                                                                  **CHAPTER 1**

LETICIA MARTINEZ

                                                          **CASE NO. 20-60251-MM**

DEBTOR(S)

**ORDER DISMISSING CASE**

      On this day came on to be considered the Trustee's Motion to Dismiss, and it appearing to the Court that due notice has been given to the parties in interest; that the Debtor is in material default of the plan, it is therefore **ORDERED** that the above-referenced case be and hereby in all things **DISMISSED PURSUANT TO 11 U.S.C. § 1307.**

      It is **FURTHER ORDERED** that the Trustee be discharged and relieved of his trust and of his sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

                                                 ###

Prepared and Submitted by
G. Ray Hendren, Chapter 13 Trustee
4505 Spicewood Springs Rd
Suite 205
Austin, TX  78759
(512) 474-6309