UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In Re: **LETICIA MARTINEZ** | § | CASE NO.20-60251-MMP |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |
| | § | |

## TRUSTEE'S NOTICE OF WITHDRAWAL OF DOC# 58 TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

COMES NOW, Ray Hendren, the Standing Chapter 13 Trustee for the Western District of Texas - Waco Division, and files this Notice of Withdrawal of Doc#58 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments.

The Trustee's Motion to Dismiss is withdrawn as no longer urged.

Dated: September 12, 2022

/s/Ray Hendren
Ray Hendren
4505 Spicewood Springs Rd
Suite 205
Austin, TX 78759
(512) 474-6309

1

United States Bankruptcy Court
Western District of Texas
Waco

IN RE:     CASE NO.: **20-60251**
**LETICIA MARTINEZ**     CHAPTER 13

### CERTIFICATE OF SERVICE
----------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **September 12, 2022**.

_____

| | | |
|---|---|---|
| Leticia Martinez<br>500 N 62Nd Street<br>Waco, TX 76710 | Sherer & Associates Pllc<br>18756 Stone Oak Pkwy Suite 200<br>San Antonio, TX 78258 | Linebarger Goggan Blair & Sampson Llp<br>Po Box 17428<br>Austin, TX 78760 |
| Law Office Of Evan Simpson Pllc<br>3925-A S Jack Kultgen Fwy<br>Waco, TX 76706 | Mccreary Veselka Bragg Allen<br>Po Box 1269<br>Round Rock, TX 78680 | |
| United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 78701 | | |

/s/ Ray Hendren
_____

Ray Hendren
Chapter 13 Trustee
4505 Spicewood Springs Rd
Suite 205
Austin, Tx 78759

2