IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| LETICIA ANN MARTINEZ | § | CASE NO. 20-60251-mmp |
| | § | CHAPTER 13 |

## ORDER GRANTING RELIEF FROM STAY

Upon the motion of Sandra Patricia Baumgardner, Jose Guadalupe Lopez and wife, Maria C. Lopez, hearing was held on the date set forth below, and after due consideration, it is

ORDERED that the Stay provided for by Section 362(a) of Title 11, United States Code, be and is hereby terminated to permit Sandra Patricia Baumgardner, Jose Guadalupe Lopez and wife, Maria C. Lopez to accelerate maturity of a $181,000.00 note secured by a Deed of Trust recorded as Instrument # 2019034535 in the Official Public Records of McLennan County, Texas, and that upon non-payment thereof, to initiate any remedy available to Leticia Ann Martinez against the collateral securing the above referenced note.

IT IS FURTHER ORDERED:

1. If the property is foreclosed or repossessed, the creditor must provide written notice by regular U.S. mail to the debtor, debtor's attorney and the Trustee;

2. Once the above-referenced notice of foreclosure or repossession is received by

the Trustee, no further disbursement will be made by the Trustee on the claim <u>until an amended claim is filed by the creditor</u>. In addition,

      3. If the claim is not amended within 90 days, then the claim will have been deemed to have been satisfied by the foreclosure/repossession and further treatment through the plan will have been deemed to have been waived.

# # # END OF ORDER # # #