## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Leticia Ann Martinez | § | CASE NO. 20-60251 |
| | § | |
| Debtor | § | CHAPTER 13 |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 22, 2023, a true and correct copy of the foregoing amended Schedules C and D were served electronically on the following parties as required by Bankruptcy L. Rule 1009(a):

Chapter 13 Trustee
Ray Hendren
4505 Spicewood Springs
Suite 205
Austin, TX 78759

US Trustee
903 San Jacinto, Room 230
Austin, TX 78701

The undersigned also certifies that on May 22, 2023, a true and correct copy of the foregoing amended Schedule C was given to the Debtor and served via US mail on the following those listed on the attached mailing matrix.

The undersigned also certifies that on May 22, 2023, a true and correct copy of the foregoing amended Schedule D and a copy of the "Order For and Notice of § 341(a) Meeting," "Discharge of Debtor," "Order Confirming Plan," and "Order Fixing Date for Filing Claims" to the extent such orders have been entered in this case to date was served by U.S. Mail on the following newly affected party as required by Bankruptcy L. Rule 1009(b):

Jose Guadalupe Lopez
PO Box 7
China Spring, TX 76633

/s/ Evan Simpson
Evan Simpson
Law Office of Evan Simpson PLLC
1717 Columbus Ave
Waco, TX 76701
(254) 399-9977
(254) 399-9909 fax
Email: Evan@hotxlaw.com
Bar No. 24060612

Debtor(s): **Leticia Ann Martinez**    Case No. **20-60251**    Chapter: **13**    WESTERN DISTRICT OF TEXAS    WACO DIVISION

2920 Old Robinson Land Trust
c/o Sherer & Associates, PLLC
18756 Stone Oak Parkway, Ste 20
San Antonio, TX 78258

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell, NY 14219

Car Barn
PO Box 2247
Hewitt, TX 76643

Prestige Financial Svc
Attn: Bankruptcy Department
PO Box 26707
Salt Lake City, UT 84126

City of Waco, Waco ISD
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Quantum3 Group LLC
P.O. Box 788
Kirkland, WA 98083-0788

Dept of Education/nelnet
121 S 13th St, Ste 201
Lincoln, NE 68508

Drive Casa LLC
3312 Marvin D Love Fwy
Dallas, TX 75224

eMoneyUSA Holdings LLC
c/o Weinstein & Riley, PS
2001 Western Ave, Ste 400
Seattle, WA 98121

Internal Revenue Service
300 E 8th St.
STOP 5026AUS
Austin TX 78701-3233

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jose Guadalupe Lopez
PO Box 7
China Spring, TX 76633

McLennan County
c/o Linebarger Goggan etal
PO Box 17428
Austin, TX 78760