**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 25, 2023.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LETICIA MARTINEZ, | § | CASE NO. 20-60251-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

### ORDER TO APPEAR AND SHOW CAUSE

The Court reviewed the docket sheet, including the *Motion of Sandra Baumgardner for Relief from Stay and Waiver of Thirty Day Requirement* (ECF No. 62), the *Motion to Late File Proof of Claim* (ECF No. 67), the *Trustee's Response to Motion of Sandra Baumgardner for Relief from Stay and Waiver of Thirty Day Requirement* (ECF No. 69), the Debtor's *Schedules and Statement of Financial Affairs* (ECF No. 11), and the Debtor's *Amended Schedules A/B, C, and D* (ECF No. 71), filed three years after the Debtor's original schedules and only after a secured real property creditor sought to lift the stay (ECF No. 62) and late file a claim (ECF No. 67). Based on these filings, it appears to the Court that the Debtor may have disclosed for the first time (three

years into her chapter 13 case) an interest in the real property located at 500 N 62nd St., Waco, TX, 76710 and related secured claim. The circumstances of such non-disclosure suggest the Debtor may have acted in bad faith, warranting conversion of the Debtor's case to a case under Chapter 7. *See Marrama v. Citizens Bank*, 549 U.S. 365 (2007). Accordingly, the Court will conduct a show-cause hearing to determine why this case should not be converted to a Chapter 7 case under either *Marrama* or 11 U.S.C. § 1307(c). It is, therefore,

ORDERED that the above-captioned Debtor and Debtor's attorney (if applicable) appear before this Court on JUNE 14, 2023, AT 9:30 A.M. in the United States Bankruptcy Court for the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and show cause as to why this case should not be converted to a Chapter 7 case.

Parties are required to appear at the hearing in person. If counsel or a party wishes to attend the hearing remotely by video via the Court's WebEx platform or telephone, they may file a request with Judge Parker in CM/ECF using the "Other" category and may appear remotely only with leave of court.

# # #