#62 *Motion for Relief from Stay filed by John D. Malone for Creditor Sandra Patricia Baumgardner, Jose Guadalupe Lopez and Maria C. Lopez.*

#67 *Motion to File Claim After Claims Bar Date filed by John D. Malone for Creditor Sandra Patricia Baumgardner, et al*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Leticia Martinez vs. Chapter 13 Trustee | | DISTRICT COURT Western (**WACO**) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Evan Simpson | DEFENDANT'S ATTORNEY<br><br>Ray Hendren | DOCKET NUMBER<br>**20-60251 P-13** |
| | | TRIAL DATE(S)<br>May 30, 2023 |
| PRESIDING JUDGE<br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>Maxing McGee | COURTROOM DEPUTY<br><br>Deanna Castleberry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| W/1 | | 5/30/23 | -------- | -------- | **LETICIA MARTINEZ** |
| | | | | | |
| | | | | | |
| | | | | | FILED |
| | | | | | MAY 30 2023 |
| | | | | | U.S. BANKRUPTCY COURT<br>BY_____ DEPUTY |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |