*#73 Order to Evan M. Simpson, Attorney for Debtor and Leticia Martinez, Debtor to Appear and Show Cause as to why this case should not be converted to a Chapter 7 case under either Marrama or 11 U.S.C. § 1307(c).*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Leticia Martinez          vs.    Chapter 13 Trustee | | DISTRICT COURT Western (**WACO**) |
|---|---|---|
| PLAINTIFF'S ATTORNEY **Evan Simpson** | DEFENDANT'S ATTORNEY **Ray Hendren** | DOCKET NUMBER **20-60251 P -13** |
| | | TRIAL DATE(S) **June 14, 2023** |
| PRESIDING JUDGE **MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR **Maxine McGee** | COURTROOM DEPUTY **Deanna Castleberry** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| W/1 | | 6/14/23 | ------- | ------- | **LETICIA MARTINEZ** |
| | | | | | FILED JUN 14 2023 U.S. BANKRUPTCY COURT BY_____DEPUTY |
| | | | | | |
| | | | | | |
| | | | | | |