

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 14, 2023**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: §
LETICIA ANN MARTINEZ §
§ CASE NO. 20-60251
§ Chapter 13
§

### ORDER GRANTING MOTION TO LATE FILE PROOF OF CLAIM

Upon the motion of Sandra Patricia Baumgardner, Jose Guadalupe Lopez and wife, Maria C. Lopez ("Creditors"), hearing was held on the date set forth below, and after due consideration it is

ORDERED that Creditors Motion to Late File Proof of Claim is granted and that the Proof of Claim filed by Creditors on May 11, 2023 is deemed to be timely filed.

###