**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 14, 2023.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LETICIA MARTINEZ, | § | CASE NO. 20-60251-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

**ORDER WITHDRAWING PRIOR ORDER
TO APPEAR AND SHOW CAUSE**

The Court heard its *Order to Appear and Show Cause* (ECF No. 73), issued May 25, 2023, and determined that the *Order* should be withdrawn for the reasons stated on the record. It is, therefore,

**ORDERED** that the above-referenced *Order to Appear and Show Cause* is hereby **WITHDRAWN**.

# # #